```
                                            FILED
                                            December 19, 2006
                                            CLERK, US DISTRICT COURT
                                            EASTERN DISTRICT OF
                                            CALIFORNIA
                                            DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. MAG. 06-0306-DAD
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
DOUGLAS OBERMAN,                    )
                                    )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DOUGLAS OBERMAN, Case No. MAG. 06-0306-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $100,000.00

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 19, 2006 at 2:45 pm

By _____
   Edmund F. Brennan
   United States Magistrate Judge